UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEISHA TAYLOR, Individually, and as Special Administrator of the Estate of BABY TAYLOR, deceased,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION, an Illinois not-for-profit corporation, d/b/a ADVOCATE SOUTH SUBURBAN HOSPITAL and d/b/a ADVOCATE MEDICAL GROUP; ADVOCATE HEALTH PARTNERS, an Illinois not-for-profit corporation, d/b/a ADVOCATE PHYSICIAN PARTNERS; and LISA D. DANIEL, M.D., individually and as agent, servant, or employee of Advocate Health and Hospitals Corporation and Advocate Health Partners,<br><br>                    Defendants. | No. 18 C 7911<br><br>Judge<br><br>Formerly Case No. 2018 L 002782<br>Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND**
**SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:    Dorothy Brown                            James A. Karamanis
        Clerk of the Circuit Court              Barney & Karamanis, LLP
        Richard J. Daley Center, Room 1001   180 North Stetson, Suite 3050
        50 West Washington Street          Chicago, Illinois 60601
        Chicago, Illinois 60602

        Barker, Castro, Kuban & Steinback, LLC
        110 South LaSalle Street, Suite 2900
        Chicago, Illinois 60603

       The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court,

Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1. On or about August 9, 2018, plaintiff Lakeisha Taylor commenced the above civil action in the Circuit Court of Cook County, Illinois, against Advocate Health and Hospitals Corporation, Advocate South Suburban Hospital, Advocate Medical Group, Advocate Health Partners, Advocate Physician Partners, and Lisa D. Daniel, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Aunt Martha's Youth Services Center, Inc. ("Aunt Martha's") is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Lisa D. Daniel, M.D., was acting within the scope of her employment at Aunt Martha's with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Lisa D. Daniel, M.D., was acting within the scope of her employment at Aunt Martha's with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendant Lisa D. Daniel, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant Lisa D. Daniel, M.D.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Jimmy L. Arce
        JIMMY L. ARCE
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-8449
        jimmy.arce@usdoj.gov